UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRADFORD ROSS, # 204607,

    Petitioner,

v.

KENNETH McKEE,

    Respondent.

Case No. 1:10-cv-288

Honorable Paul L. Maloney

## JUDGMENT

In accordance with the Opinion entered this day:

**IT IS ORDERED** that petitioner's application for habeas corpus relief is hereby **DISMISSED WITH PREJUDICE** because it fails to raise a meritorious federal claim.


Dated: August 23, 2016

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge